**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2297

_____

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

FITNESS INTERNATIONAL, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-01130-PTG-WEF)

_____

Submitted:  February 21, 2023               Decided:  February 23, 2023

_____

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dora L. Adkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order adopting the recommendation of the magistrate judge, denying her requests for leave to file an emergency complaint and for leave to proceed on that complaint in forma pauperis, and dismissing her case. We have reviewed the record and find no reversible error. Accordingly, we grant Adkins' motion to amend her informal brief and affirm for the reasons stated by the district court. *Adkins v. Fitness Int'l, LLC*, No. 1:22-cv-01130-PTG-WEF (E.D. Va. Dec. 16, 2022). We deny Adkins' motions to reverse and remand, to vacate and remand, to replace her motion to vacate and remand, and to amend her motion to vacate and remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*